```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
WALKINS CONTRERAS,                       :
                                         :
                    Petitioner,          :    09 Civ. 7940 (JSR) (FM)
                                         :
        -v-                              :    ORDER
                                         :
DALE ARTUS, Superintendent, Clinton      :
Correctional Facility,                   :
                                         :
                    Respondent.          x
----------------------------------------
```

JED S. RAKOFF, U.S.D.J.

On September 11, 2012, the Honorable Frank Maas, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court deny petitioner Walkins Contreras's petition filed pursuant to 28 U.S.C. § 2254. Subsequently, on October 19, 2012 (upon the Court's extension of the deadline), petitioner submitted objections to certain portions of the Report and Recommendation. Accordingly, the Court has reviewed the petition and the underlying record de novo.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Maas's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court dismisses the petition in all respects. Clerk to enter judgment.

SO ORDERED.

Dated: New York, New York
       February 3/8/ 2013                    _____
                                             JED S. RAKOFF, U.S.D.J.